JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile: (408) 535-5066
E-mail: chad.mandell@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BERNARDO RODIGUEZ-ALMANZA, <br><br> Defendant. | No. CR 07-70284 HRL <br><br> <u>SUBSTITUTION OF ATTORNEY</u> |

Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

        Special Assistant U.S. Attorney Chad M. Mandell
        150 Almaden Blvd., Suite 900
        San Jose, CA   95113
        Telephone: (408) 535-5059
        Email: chad.mandell@usdoj.gov

DATED: June 6, 2008        Respectfully submitted,

              JOSEPH P. RUSSONIELLO
              United States Attorney

              /s/
              CHAD M. MANDELL
              Special Assistant United States Attorney